**Order entered August 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00904-CV

### IN THE INTEREST OF J.R., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-1023-X**

## ORDER

Before the Court is the request of Pamela Sumler, Official Court Reporter for the 305th Judicial District Court for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 3, 2019**. We caution Ms. Sumler that further extension requests in this accelerated appeal will be disfavored.

/s/      KEN MOLBERG
             JUSTICE